# Court of Appeals
# of the State of Georgia

ATLANTA,  November 30, 2016

*The Court of Appeals hereby passes the following order:*

## A17A0548.  CURTIS FARMER v. GEORGIA DEPARTMENT OF HUMAN SERVICES, EX REL. JAYLEN FARMER.

On April 12, 2016, Curtis Farmer filed his notice of appeal referencing a trial court judgment entered on November 3, 2010.  Farmer then filed an amended notice of appeal referencing a trial court judgment entered on May 9, 2016.  However, the record does not include judgments entered on either of those days.  Given the apparent absence of a trial court order, we have nothing to review.  See *Amica v. State*, 307 Ga. App. 276, 282 (2) (704 SE2d 831) (2010).

The only order in the record is an order for paternity and child support entered on March 12, 2016.  Because that order involves child support, it is a domestic relations matter within the meaning of OCGA § 5-6-35 (a) (2).  See *Collins v. Davis*, 318 Ga. App. 265, 266 (1) (733 SE2d 798) (2012); *Booker v. Ga. Dept. of Human Resources*, 317 Ga. App. 426 (731 SE2d 110) (2012).  Appeals in such matters must be taken by application for discretionary appeal.[1]  See *Booker*, supra.  Farmer's failure to follow the appropriate appellate procedure deprives us of jurisdiction to consider an appeal from that order.  Id.

For these reasons, Farmer's appeal is hereby DISMISSED.

---

[1] On October 24, 2016, Farmer filed an untimely application for discretionary review of the trial court's March 12, 2016 order, which this Court dismissed.  See Case No. A17D0146 (decided November 10, 2016).



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,   11/30/2016          *
       *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*